# First District Court of Appeal
## State of Florida

_____

No. 1D16-5642
_____

BACARI CAMERON KENYATE
DANIELS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Peter K. Sieg, Judge.

March 28, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, ROWE, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and David A. Henson, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General; Amanda D. Stokes and Jennifer J. Moore, Assistant Attorneys General, for Appellee.